NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MIRACLE CHIROPRATIC & REHAB
CENTER, LLC, a/a/o DIEUVELA LOUIS
THOMAS,

        Petitioner,

v.                                                             Case No.  2D18-4179

SOUTHERN-OWNERS INSURANCE
COMPANY,

        Respondent.

_____

Opinion filed July 12, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Polk County; sitting in its
appellate capacity.

Robert Morris of Eiffert & Associates,
P.A., Orlando, for Petitioner.

Carri S. Leininger of Williams, Leininger
& Cosby, P.A., North Palm Beach, for
Respondent.


PER CURIAM.


        Denied.


KELLY, MORRIS, and SLEET, JJ., Concur.